Case No. 24-3358

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

BILLY CHAN

    Plaintiff - Appellant

v.

PNC BANK, NA

    Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

> ENTERED PURSUANT TO RULE 33,
> RULES OF THE SIXTH CIRCUIT
> Kelly L. Stephens, Clerk

Issued: July 08, 2024